# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN CHARLES MCCLEAN,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, *et al*.,

    Defendants.

Case No. 2:13-cv-00101-LDG (NJK)

**ORDER**

    The Court **ORDERS** that Plaintiff's Objection to the Magistrate Judge's Order Denying the Discovery Plan and Scheduling Order (#11) is DENIED.  The parties shall, as directed by the Magistrate Judge, re-file a proposed discovery plan not later than April 1, 2013.

DATED this _____ day of March, 2013.

_____
Lloyd D. George
United States District Judge