# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CHARLES MCCLEAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al*.,<br><br>　　　Defendants. | Case No. 2:13-cv-00101-LDG (NJK)<br><br>**ORDER** |

The Court **ORDERS** that Plaintiff's Objection to the Magistrate Judge's Order Denying the Discovery Plan and Scheduling Order (#11) is DENIED. The parties shall, as directed by the Magistrate Judge, re-file a proposed discovery plan not later than April 1, 2013.

DATED this ___ day of March, 2013.

_____
Lloyd D. George
United States District Judge